OCTOBER 28, 1963.

No. 111. NATIONAL LABOR RELATIONS BOARD v. SERVETTE, INC. Certiorari, 374 U. S. 805, to the United States Court of Appeals for the Ninth Circuit. The motion of American Federation of Television & Radio Artists, San Francisco Local, et al. for leave to file a brief, as

*amici curiae,* is granted. *Duane B. Beeson* on the motion. *Carl M. Gould* and *Stanley E. Tobin* for respondent in opposition to the motion.